

FILED
CLERK, U.S. DISTRICT COURT
AUG - 5 2020
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. LOUISE H. MUREITHI, DEFENDANT(S). | CASE NUMBER SACR20-00040(A)-DOC ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of <u>the Court</u>, IT IS ORDERED that a detention hearing is set for <u>August 6, 2020</u>, ____, at <u>11:00</u> ☒a.m. / ☐p.m. before the Honorable <u>Douglas F. McCormick, U.S. Magistrate Judge</u>, in Courtroom <u>10D and by video conference</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: <u>August 5, 2020</u>

Douglas F. McCormick
U.S. ~~District Judge~~/Magistrate Judge